CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 APR 23  PM 1:22

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-15CR-047-J |
| BECKY RENEE KITE | |

## INDICTMENT

The Grand Jury Charges:

### INTRODUCTION

At all times material to this indictment:

1. Gilvin-Terrill, Ltd, Claude, Texas, was an organization that received federal assistance from the United States Department of Transportation through the Texas Department of Transportation in excess of $10,000 for each one year period beginning January 2013 and ending February 2015.

2. Defendant, **Becky Renee Kite**, was an agent of Gilvin-Terrill in that she was employed as contract administrator and accounts payable clerk.

## Count One
### Embezzlement from a Federally Funded Program
(Violation of 18 U.S.C. § 666)

The introduction of this indictment is incorporated into this Count One as though fully set out.

Beginning in or about November 2013 and continuing until in or about February 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Becky Renee Kite**, defendant, intentionally misapply and did knowingly embezzle, steal, obtain by fraud, and otherwise without lawful authority, convert to her own use property of a value over $5,000 owned by and under the care, custody and control of Gilvin-Terrill, that is, approximately $71,011.13.

In violation of Title 18, United States Code, Section 666.

<u>Count Two</u>
Use of an Unauthorized Access Device
(Violation of 18 U.S.C. § 1029(a)(2))

From in or about November 2013, to in or about February 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Becky Renee Kite**, defendant, did knowingly and with intent to defraud, use in and affecting interstate and foreign commerce, one or more unauthorized access devices, to wit: (1) a JP Morgan Chase Bank credit card bearing number XXXX-XXXX-XXXX-8718; and (2) a JP Morgan Chase Bank credit card bearing number XXXX-XXXX-XXXX-0862, and by such conduct obtain anything of value aggregating one thousand dollars ($1,000) and more.

In violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2322
Facsimile: 806-324-2399
E-Mail: joshua.frausto@usdoj.gov

**Becky Renee Kite**
**Indictment — Page 3**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

BECKY RENEE KITE

INDICTMENT

18 U.S.C. § 666
Embezzlement from a Federally Funded Program

18 U.S.C. § 1029(a)(2)
Use of an Unauthorized Access Device

(2 COUNTS)

A true bill rendered:

Amarillo _____ [signature] FOREPERSON

Filed in open court this 23rd day of April, A.D. 2015.

_____ Clerk
SUMMONS TO ISSUE

[signature]
UNITED STATES DISTRICT JUDGE